Robert D. Wilkinson          #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   Defendant ELISEE TORRES-PACHECO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ELISEE TORRES-PACHECO,<br><br>            Defendant. | CASE No. 1:13-CR-00219 LJO SKO<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER**<br><br>DATE:   December 16, 2013<br>TIME:    8:30 a.m.<br>COURTROOM: 4<br>JUDGE:  Hon. Lawrence J. O'Neill |

WHEREAS Defendant ELISEE TORRES-PACHECO is Spanish speaking and requires a Spanish interpreter to review the draft Presentence Investigation Report; and

WHEREAS the draft Presentence Investigation Report raises issues that require careful review with Ms. TORRES-PACHECO and therefore she and her counsel require additional time to confer;

Plaintiff, UNITED STATES OF AMERICA, and Defendant, ELISEE TORRES-PACHECO, by and through authorized counsel, HEREBY STIPULATE that the sentencing hearing currently scheduled in this matter for December 16, 2013 at 8:30 a.m. in Courtroom 4 may be continued to January 6, 2014 at 11:00 a.m. in Courtroom 4, or to a date and time thereafter convenient to the Court.  The parties further stipulate that informal objections will be due for

submission to the Probation Office not less than twenty-one (21) days before the new sentencing date, the presentence report shall be submitted to the Court and counsel not less than fourteen (14) days before the new sentencing date and formal objections shall be filed with the Court not less than seven (7) days before the new sentencing date.

DATED:  November 22, 2013                           BAKER MANOCK & JENSEN, PC

                                                    By: /s/ Robert D. Wilkinson
                                                    Robert D. Wilkinson
                                                    Attorneys for Defendant ELISEE TORRES-PACHECO

DATED:  November 22, 2013                           UNITED STATES ATTORNEY

                                                    By: /s/ Megan Richards
                                                    Megan Richards
                                                    Attorneys for United States

## [PROPOSED] ORDER

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing in this matter shall be continued to January 6, 2014 at 11:00 a.m. in Courtroom 4, and that informal objections will be due for submission to the Probation Office not less than twenty-one (21) days before the new sentencing date, the presentence report shall be submitted to the Court and counsel not less than fourteen (14) days before the new sentencing date and formal objections shall be filed with the Court not less than seven (7) days before the new sentencing date.

IT IS SO ORDERED.

   Dated:   **November 22, 2013**               /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1408039v1 / 10924.0047 3
STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER